# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No.  2:21-mj-64

**Troy Elbert Faulkner**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 1/29/2021 at 2:30pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Jessica Knight |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: | | Pretrial/Probation | Shelly Singlterry |

Initial Appearance

-Dft appeared and was advised of due process, rights, charges, and potential penalties
-Dft submitted financial affidavit – Federal Public Defender appointed
-Detention Hearing set for 2/1/2021 at 1:00pm; Rule 5 hearings waived
-Dft remanded to custody of USMS