UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No.  2:21-mj-64

**Troy Elbert Faulkner**

## COURTROOM   MINUTES

| Judge: | Chelsey M. Vascura | Date and Time: | 2/1/2021 at 1pm |
|---|---|---|---|
| Deputy Clerk: | Allie Moran | Counsel for Govt: | Jessica Knight |
| Recorder: | CourtSmart | Counsel for Deft(s). | Stacey MacDonald |
| Interpreter: |  | Pretrial/Probation: | Shelly Singleterry |

Hearing Type:  Detention Hearing

Court finds there are conditions of release that would reasonably assure Defendant's appearance and the safety of the community.

Release is STAYED until 12:00 noon on Tuesday, 2/2/202, pending resolution of Government's forthcoming Appeal.